UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| T.P. | CIVIL ACTION |
| VERSUS | NO. 24-2730 |
| JAMES GRAHAM LAW FIRM, LLC, ET AL. | SECTION: "P" (1) |

## ORDER

The Court, having considered the Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and Plaintiff's response to the Magistrate Judge's Report and Recommendation,[3] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction under 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 5th day of February 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1; *see also* R. Doc. 12 (Plaintiff's "Amended Memorandum in Support of Civil Action with Exhibits").
[2] R. Doc. 13.
[3] R. Doc. 14.